**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lake States Lumber, Inc. | Civil No. 05-2396 (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER**<br>**DISMISSING CASE**<br>**WITH PREJUDICE** |
| Mauk Midwest Forest Products, Inc.<br>Paul Welch, Donny Luberto, and<br>MMFP, Inc. | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal entered into by the parties, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: March 30, 2006         s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge